| | |
|---|---|
| 1 | MARK S. AXUP (SBN 112876) |
| 2 | Law Office of Mark S. Axup |
|   | 1012 19th Street |
| 3 | Sacramento, CA 95811 |
| 4 | Telephone: (916) 442-4224 |
| 5 | Attorney for Defendant Gabriel Watters |

FILED

MAY 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S 09-198 |
| Plaintiff, | **MOTION TO MODIFY AMOUNT OF PRETRIAL BOND AND PROPOSED ORDER** |
| vs. | DATE: May 15, 2009 |
|   | TIME: 2:00 p.m. |
| GABRIEL WATTERS, | DEPT: 24 |
|   | JUDGE: Hon. Gregory G. Hollows |
| Defendant. | |

Mr. Gabriel Watters, through undersigned counsel and pursuant to 18 U.S.C. § 3145(b) and § 3142(f) respectfully moves this Honorable Court to modify its order that he be released on a $250,000 secured appearance bond, and instead allowing a $169,000 bond. In support of this motion for reconsideration, Mr. Watters states the following:

1. Mr. Watters has been charged in the Eastern District of Northern California with receiving and transporting stolen property, automobiles damaged in hurricane Katrina. Mr. Watters is due for his next status conference on June 30, 2009 at 9:30 a.m.

2. The Court ordered Mr. Watters released on a $250,000 bond secured by property. The maternal grandfather of Mr. Watters' child (Peter Koch), and father of his longtime significant other (Jayne Momen), is the owner of two Sacramento properties in full, and believed the properties

1.
**MOTION TO MODIFY AMOUNT OF PRETRIAL BOND AND PROPOSED ORDER**

would be valued at $250,000. The properties were appraised on May 3, 2009 and were valued at only $169,000. The two properties in question are located within the Sacramento County and appraised for $92,000 and $72,000. Each property is owned free and clear by Mr. Koch. Copies of the appraisal were forwarded to the AUSA on May 5, 2009. The appraisal will be made available to the Court upon request. Because this presents the entire value of the properties, and Mr. Koch would lose his property if Mr. Watters failed to appear, he respectfully requests that the Court lower the bond amount to $169,000, the amount of the appraisal. The family has no additional property or money to post to make up the difference.

## POINTS AND AUTHORITIES

The Bail Reform Act of 1984, 18 U.S.C. § 3141 *et seq.* **mandates** the release of a person facing trial unless no condition, or combination of conditions, will "reasonably assure" the appearance of the person and the safety of the community. *United States v. Motamedi*, 767 F.2d 1403, 1405 (9th Cir. 1985). Only in rare circumstances should release be denied, and doubts regarding the property of release should be resolved in favor of release. *United States v. Gebro*, 948 F.2d 1118, 1121 (9th Cir. 1991).

Unfortunately, the properties are worth less than originally believed, however, Mr. Watters submits that the same result intended by the Court will be achieved if the Court sets the bond at $169,000, essentially the total value of the property which is owned in full by the grandfather of Mr. Watters' child. The loss of these properties represents serious financial hardship if Mr. Watters were to fail to appear and the lower amount reflecting the true value of the two properties is sufficient to "reasonably assure" the appearance of Mr. Watters and the safety of the community.

Undersigned counsel has contacted AUSA Stephen Lapham to discuss this motion, but has not yet hear from him. However, it should fairly be noted that the government requested pretrial preventative detention of Mr. Watters on the basis he was a flight risk. The court hearing the government's argument, agreed with the posting of a secured property in the amount of the contemplated $250,000 would be a sufficient least restrictive condition to assure the appearance of Mr. Watters. Danger to the community was not a factor in this case.

///

2.
**MOTION TO MODIFY AMOUNT OF PRETRIAL BOND AND PROPOSED ORDER**

| | |
|---|---|
| 1 | Wherefore, for the above stated reasons and any other that this Court may deem just and |
| 2 | proper, Mr. Gabriel Watters respectfully moves this Court to reconsider his bond amount. |
| 3 | DATED: May 13, 2009                    Respectfully submitted, |
| 4 |                                                            LAW OFFICE OF MARK S. AXUP |
| 5 | |
| 6 |                                                            **/s/ Mark S. Axup**<br>                                                            MARK S. AXUP |
| 7 |                                                            Attorney for Defendant |

3.

**MOTION TO MODIFY AMOUNT OF PRETRIAL BOND AND PROPOSED ORDER**

| | |
|---|---|
| 1 | MARK S. AXUP (SBN 112876) |
| 2 | Law Office of Mark S. Axup<br>1012 19th Street<br>Sacramento, CA 95811 |
| 3 | |
| 4 | Telephone: (916) 442-4224 |
| 5 | Attorney for Defendant Gabriel Watters |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL WATTERS,<br><br>Defendant. | No. CR S 09-198<br><br>[~~PROPOSED~~] ORDER MODIFYING BAIL AMOUNT<br><br>DATE: May 15, 2009<br>TIME: 2:00 p.m.<br>DEPT: 24<br><br>JUDGE: Hon. Gregory G. Hollows |

For the reasons set forth in Defendant's Motion to Modify Bond filed on May 14, 2009, IT IS HEREBY ORDERED that the bond ^security amount be modified to $169,000, ~~secured by property~~. *

DATED: May 15, 2009

**GREGORY G. HOLLOWS**
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

* The bond amount remains at 250K.

---

1

**ORDER MODIFYING BOND AMOUNT**