MARK S. AXUP (SBN 112876)
Law Office of Mark S. Axup
1012 19th Street
Sacramento, CA  95811

Telephone:   (916) 442-4224

Attorney for Defendant Gabriel Watters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>GABRIEL WATTERS,<br><br>            Defendant. | No. CR S 09-198 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

　　　IT IS HEREBY STIPULATED AND AGREED by between Defendant GABRIEL WATTERS, by and through his counsel, Mark S. Axup, and the United States, through its counsel, Assistant United States Attorney Steven Laphamr, that the Status Conference currently scheduled for September 22, 2009 at 9:30 a.m. in Courtroom 6, before Judge John A. Mendez be continued to **October 20, 2009 at 9:30 a.m**. before Judge John A. Mendez, with time to be excluded pursuant to Local Rule code T4.

/ / /

/ / /

/ / /

1

**STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE**

The parties agree that it is appropriate to exclude time under the Speedy Trial Act, 18 U.S.C. 3161 (h) (8) (iv) (preparation of counsel), in that the amount of time requested is brief and will be used by counsel to investigate and prepare this case.

Respectfully submitted,

DATED: September 21, 2009     LAW OFFICE OF MARK S. AXUP

**/S/ Mark S. Axup**
MARK S. AXUP
Attorney for Defendant Gabriel Watters

**IT IS SO STIPULATED:**

DATED: September 21, 2009

**/S/ Mark S. Axup**
MARK S. AXUP
Attorney for Defendant Gabriel Watters

DATED: September 21, 2009

**/S/ Mark S. Axup for**
STEVEN LAPHAM
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Date: 9/21/2009

/s/ John A. Mendez
Judge of the United States District Court

2

**STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE**