BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-09-198 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING MOTIONS HEARING |
| v. | ) | |
| GABRIEL WATTERS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel that, subject to the approval of the court, the Hearing on Defendant's Motions currently set for October 5, 2010, at 9:30 a.m. may be continued to October 19, 2010 at 9:30 a.m.

DATED: October 1, 2010

BENJAMIN B. WAGNER
United States Attorney

By: s/R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

1

```
DATED: October 1, 2010              s/R. Steven Lapham for
                                    MARK REICHEL
                                    Counsel for Gabriel Watters
                                    (Email authorization)
```

### O R D E R

IT IS SO ORDERED.

Dated: October 4, 2010.

```
                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    U.S. District Judge
```