MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:      (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GABRIEL WATTERS


                    IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                 Plaintiff, | ) NO. CR.S-09-0198 JAM |
| | ) |
|     v. | ) REQUEST FOR ORDER AND ORDER |
| | ) EXONERATING BAIL |
| | ) |
| | ) Date: |
| | ) Time: |
| GABRIEL WATTERS | ) Judge: Hon. CAROLYN K. DELANEY |
| | ) |
|             Defendant. | |

        The defendant self surrendered to the Bureau of Prisons in October 2011, and he is serving his sentence at Lompoc FCI, Register No. 18497-097.

        Assistant United States Attorney Steven Lapham is aware of same and does not oppose this request.

////

////

////

////


ORDER EXONERATING BAIL

1     As such, it is hereby requested that the bail previously posted in

2  this matter be exonerated.

3     Dated January 3, 2011     /s/ *Mark Reichel*

4                              ATTORNEY FOR THE DEFENDANT

5

6     So ordered.

7     Dated: January 3, 2012.

8                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXONERATING BAIL